14 F.2d 158 (1926)
COLLEGIATE WORLD PUB. CO.
v.
DU PONT PUB. CO. et al.
No. 4467.
District Court, N. D. Illinois, E. D.
July 22, 1926.
*159 *160 *161 David B. Gann, Frederick Secord, J. Walter Stead, Loy N. McIntosh, and Junius C. Scofield, all of Chicago, Ill., for complainant.
*162 Arthur E. Wallace, of Chicago, Ill., for Collegiate World Pub. Co.
Herman Waldman, of Chicago, Ill., for Eugene Du Pont.
Charles W. Hills, Charles W. Hills, Jr., and Russell P. Fischer, all of Chicago, Ill., for Du Pont Pub. Co. et al.
LINDLEY, District Judge.
The report of the master is approved and adopted by the court as its opinion.